IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAMES R. HEARNS, JR.,                              :
                                                   :
         Plaintiff(s)                              :
                                                   :
vs.                                                :   Case Number: 1:02cv496-SJD
                                                   :
JEFF WYLER FAIRFIELD, INC., et al,                 :
                                                   :
         Defendant(s)                              :

ORDER

The parties have filed a joint motion to extend deadlines (Doc. 5). Such motion is hereby

GRANTED and the Court hereby amends the scheduling order in this case as follows:

1.   Discovery cutoff                                                              01/01/04


2.   Settlement Procedures

     A.   Plaintiff to make demand three weeks before
          the settlement conference.

     B.   Defendant to respond to demand two weeks
          the settlement conference.

     C.   Each counsel must prepare and submit a letter
          to the Court with the status of any settlement
          negotiations to date. These letters need not be
          filed with the Clerk's Office nor exchanged
          with opposing counsel. Letters to be submitted
          one week before the settlement conference.

     D.   Settlement Conference at 10:00 a.m.                                      02/06/04

Attorneys attending settlement conference must bring the party or a principal with
full settlement authority. By full settlement authority, the Court means the person
or persons attending must have authority independently to make necessary
financial and settlement decisions. **Failure to follow this requirement will
result in sanctions.**

3.   Last date to file dispositive motions not directed to
     the pleadings.  (E.g. summary judgment motions)                03/01/04

     Memoranda contra due                                           03/25/04

     Reply Memoranda due                                            04/08/04

(These dates apply to any summary judgment motions filed on the last date allowed; dispositive motions filed earlier in the case shall be treated in accordance with S.D. Ohio L. R. 7.2).

   IT IS SO ORDERED.


                                                ___s/Susan J. Dlott_____
                                                Susan J. Dlott
                                                United States District Judge