IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAMES R. HEARNS, JR.,

    vs.

JEFF WYLER FAIRFIELD, INC., et al,

Case Number: 1:02cv496-SJD

District Judge Susan J. Dlott

NOTICE

The Settlement Conference previously scheduled for February 6, 2004 is hereby VACATED.

JAMES BONINI, CLERK

_s/Stephen Snyder_____
Stephen Snyder
Case Manager
(513) 564-7633