IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JAMES R. HEARNS, JR., : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:02cv496 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| JEFF WYLER FAIRFIELD, INC., et al, : | |
| : | |
| Defendant(s) : | |

ORDER

The above-captioned matter is hereby TRANSFERRED from the docket of The Honorable Susan J. Dlott to the docket of The Honorable William O. Bertelsman, sitting by designation.

IT IS SO ORDERED.


    s/Susan J. Dlott
Susan J. Dlott
United States District Judge


    s/William O. Bertelsman
William O. Bertelsman
United States District Judge