UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. 1:02cv00496-WOB**

**JAMES R. HEARNS, JR.**                                                    **PLAINTIFF**

**VS.**                                        **ORDER**

**JEFF WYLER FAIRFIELD, INC., ET AL**                        **DEFENDANTS**

In order to clarify the final pretrial conference order previously entered herein,

**IT IS ORDERED** that all witness lists and statements, and exhibit lists shall be filed herein **seven (7) days** prior to the final pretrial conference set in this matter.  All other deadlines contained in said final pretrial conference order **shall remain in effect**.

This 26th day of October, 2004.



Signed By:
William O. Bertelsman  WOB
United States District Judge