UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. 1:02cv00496-WOB**

**JAMES R. HEARNS, JR.**                              **PLAINTIFF**

**VS.**                       <u>**ORDER**</u>

**JEFF WYLER FAIRFIELD, INC., ET AL**          **DEFENDANTS**

Both parties having orally advised the court that additional discovery is necessary in this matter,

**IT IS ORDERED** that the final pretrial conference set in this matter on **December 28, 2004 at 11:00 a.m.** in Cincinnati be, and it is, hereby **converted** to a status conference for the purpose of setting deadlines in this matter.

This 13th day of December, 2004.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge