## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| JAMES B. HEARNS, JR., | * | Case No. 1:02cv00496 |
| Plaintiff | * | Judge Bertelsman |
| vs. | * | |
| JEFF WYLER FAIRFIELD, *et al.*, | * | **PLAINTIFF'S NOTICE OF DISMISSAL OF COUNTS FIVE AND SIX OF THE COMPLAINT** |
| Defendants. | * | |
| | * | |

Now comes plaintiff, by and through the undersigned counsel, and notifies the Court of the voluntary dismissal of Count Five (Gender Discrimination-Federal), paragraphs 84-92, and Count Six (Gender Discrimination-State), paragraphs 93 and 94, of the Complaint in this matter.

    Respectfully submitted,

    **s/Bryan R. Perkins**

    Bryan R. Perkins, Bar No. 0061871
    Trial Attorney for Plaintiff
    119 East Court Street
    Suite 314
    Cincinnati, Ohio 45202
    Telephone: (513) 929-4449, fax 929-4530
    E-mail: bperkins@courtstreeteast.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2004, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system which will send notification of such filing to Donald W. White, Nichols, Speidel & Nichols, 237 Main Street, Batavia, Ohio 45103 and to H. Elizabeth Mason, Nichols, Speidel & Nichols, 237 Main Street, Batavia, Ohio 45103.

                                        **s/Bryan R. Perkins**

                                        Bryan R. Perkins, Bar No. 0061871
                                        Trial Attorney for Plaintiff
                                        119 East Court Street
                                        Suite 314
                                        Cincinnati, Ohio 45202
                                        Telephone: (513) 929-4449, fax 929-4530
                                        E-mail: bperkins@courtstreeteast.com