UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. 1:02cv00496-WOB**

**JAMES R. HEARNS, JR.**                                                **PLAINTIFF**

VS.                                      <u>ORDER</u>

**JEFF WYLER FAIRFIELD, INC., ET AL**                        **DEFENDANTS**


  This matter came before the court for a status conference on Tuesday, December 28, 2004.  Bryan Perkins represented the plaintiff; Donald Wayne White and Elizabeth Mason represented defendants.  Official court reporter Joan Averdick recorded the proceedings.

  Having heard the parties, and the court being advised,

  **IT IS ORDERED** that:

  (1) all discovery in this matter shall be completed **on or before April 29, 2005**;

  (2) expert reports shall be disclosed **on or before March 25, 2005**;

  (3) dispositive motions shall be filed **on or before May 27, 2005**;

  (4) plaintiff's motion to compel (Doc. #9) be, and is hereby, **DENIED AS MOOT**; and

  (5) no further extensions of these dates shall be granted absent exceptional circumstances.


  This 29th day of December, 2004.



Signed By:
*William O. Bertelsman* WOB
United States District Judge