UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 DEC 28 AM 11:27

| | | |
|---|---|---|
| JAMES B. HEARNS, JR., | * | Case No. 1:02cv00496 |
| Plaintiff | * | Judge Bertelsman |
| vs. | * | |
| JEFF WYLER FAIRFIELD, *et al.*, | * | **PLAINTIFF'S NOTICE OF DISMISSAL OF COUNTS FIVE AND SIX OF THE COMPLAINT** |
| Defendants. | * | |
| | * | |

Now comes plaintiff, by and through the undersigned counsel, and notifies the Court of the voluntary dismissal of Count Five (Gender Discrimination-Federal), paragraphs 84-92, and Count Six (Gender Discrimination-State), paragraphs 93 and 94, of the Complaint in this matter.

Respectfully submitted,

s/Bryan R. Perkins
Bryan R. Perkins, Bar No. 0061871
Trial Attorney for Plaintiff
119 East Court Street
Suite 314
Cincinnati, Ohio 45202
Telephone: (513) 929-4449, fax 929-4530
E-mail: bperkins@courtstreeteast.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2004, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system and served Donald W. White, trial counsel for Defendants, 237 Main Street, Batavia, Ohio 45103, by hand.

s/ Brian R. Perkins
Bryan R. Perkins, Bar No. 0061871
Trial Counsel for Plaintiff