UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES B. HEARNS, JR., | * | Case No. 1:02cv00496 |
| Plaintiff | * | Judge Bertelsman |
| vs. | * | |
| JEFF WYLER FAIRFIELD, *et al.*, | * | **DEFENDANTS' AMENDED ANSWER** |
| Defendants. | * | |

Defendants having obtained the consent of plaintiff pursuant to Fed.R.Civ.P. 15(a), defendants amend their answer to plaintiff's complaint as follows:

1. Defendants admit the allegations set forth in paragraphs 1, 3, 5, 6, 7, 8, 9, 11, 13, and 14 of the complaint.

2. Defendants deny the allegations set forth in paragraphs 2, 4, 10, 15-57, 59, 61-81, 83, 85-92, 94-102 of the complaint.

3. Defendants neither admit nor deny the incorporation of allegations as set forth in paragraphs 12, 58, 60, 82, 84 and 93 of the complaint.

**AFFIRMATIVE DEFENSES**

4. Plaintiff's claims are barred for failure to exhaust his administrative remedies.

5. Plaintiff has failed to state claims upon which relief may be granted.

6. Plaintiff's claims are barred by the applicable statute of limitations.

7. Defendants acted upon advice of counsel.

8. Defendants reserve the right to raise any additional defenses which may become apparent through discovery.

1

WHEREFORE, defendants request that plaintiff's complaint be dismissed.

**s/Donald W. White**
Donald W. White, Bar No. 0005630
Trial Counsel for Defendants
Nichols, Speidel & Nichols
237 Main Street
Batavia, Ohio 45103
(513) 732-1420  Fax 732
E-mail: dww.nicholslaw@fuse.net


**s/ H. Elizabeth Mason**
H. Elizabeth Mason, Bar No. 0051967
237 Main Street
Batavia, Ohio 45103
E-mail: asw@fuse.net

With consent of

**s/ Bryan Perkins**
Bryan R. Perkins, Bar No. 0061871
Trial Attorney for Plaintiff
119 East Court Street
Suite 314
Cincinnati, Ohio 45202
Telephone: (513) 929-4449, fax 929-4530
E-mail: bperkins@courtstreeteast.com