UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES B. HEARNS, JR., | * | Case No. 1:02cv00496 |
| Plaintiff | * | Judge Bertelsman |
| vs. | * | |
| JEFF WYLER FAIRFIELD, *et al.*, | * | **NOTICE OF MANUAL FILING OF** |
| Defendants. | * | **DEPOSITION** |

Notice is hereby given that the deposition of plaintiff James B. Hearns, Jr., will be filed manually with the Clerk of Courts this 17th day of June, 2005.

Respectfully submitted,

**s/ H. Elizabeth Mason**

H. Elizabeth Mason, Bar No. 0051967
Nichols, Speidel & Nichols
237 Main Street
Batavia, Ohio 45103
asw@fuse.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 17, 2005, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system which will send notification of such filing to Bryan R. Perkins, attorney for plaintiff, 119 East Court Street, Suite 314, Cincinnati, Ohio 45202.

                                        **s/ H. Elizabeth Mason**

                                        H. Elizabeth Mason, Bar No. 0051967
                                        Nichols, Speidel & Nichols
                                        237 Main Street
                                        Batavia, Ohio 45103
                                        asw@fuse.net