UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. 1:02cv00496-WOB**

**JAMES R. HEARNS, JR.**                                                                 **PLAINTIFF**

VS.                                        <u>ORDER</u>

**JEFF WYLER FAIRFIELD, INC., ET AL**                                     **DEFENDANTS**


This matter is before the court on the unopposed motion of plaintiff for an extension of time in which to file a response to defendants' motion for summary judgment, and the court being advised,

**IT IS ORDERED** that said motion (Doc. #23) be, and it is, hereby **granted**, said response shall be filed herein on or before **June 28, 2005.**

This 20th day of June, 2005.

