Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK
05 JUN 17 PM 4:00

JAMES R. HEARNS, JR.,            :

        Plaintiff.       :

vs.                              :   Case No. C-1-02-496

JEFF WYLER FAIRFIELD,            :

INC., et al.,                    :

        Defendants.      :


        Deposition of James R. Hearn, Jr., the Plaintiff herein, taken as upon cross-examination by the Defendants, and pursuant to the Federal Rules of Civil Procedure, agreement of counsel, and stipulations hereinafter set forth, at the offices of Nichols, Speidel & Nichols, 237 Main Street, Batavia, Ohio 45103, at 9:03 a.m., on the 24th day of January, 2005, before Ann Belmont, RPR, a Notary Public, for the State of Ohio.


Tri-County Court Reporting and Videotape Service

95 SOUTH FOURTH STREET
BATAVIA, OHIO 45103
(513) 732-1477

 ORIGINAL

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK
05 JUN 17 PM 4:00

JAMES R. HEARNS, JR.,           :

      Plaintiff.                :

vs.                             :        Case No. C-1-02-496

JEFF WYLER FAIRFIELD,           :

INC., et al.,                   :

      Defendants.               :

      Deposition of James R. Hearn, Jr., the Plaintiff herein, taken as upon cross-examination by the Defendants, and pursuant to the Federal Rules of Civil Procedure, agreement of counsel, and stipulations hereinafter set forth, at the offices of Nichols, Speidel & Nichols, 237 Main Street, Batavia, Ohio 45103, at 9:03 a.m., on the 24th day of January, 2005, before Ann Belmont, RPR, a Notary Public, for the State of Ohio.

Tri-County Court Reporting and Videotape Service

95 SOUTH FOURTH STREET
BATAVIA, OHIO 45103
(513) 732-1477



ORIGINAL