UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES HEARNS, JR., | : | Case No.    1:02cv00496 |
| Plaintiff, | : | (Judge Bertelsman) |
| vs. | : | |
| | : | **PLAINTIFF'S NOTICE OF MANUAL** |
| JEFF WYLER FAIRFIELD, *et. al.*, | : | **FILING OF APPENDIX TO PLAIN-** |
| | : | **TIFF'S RESPONSE TO DEFENDANTS** |
| Defendants. | : | **MOTION FOR SUMMARY** |
| | : | **JUDGMENT** |

Now comes Plaintiff, James Hearns, Jr., by and through his undersigned counsel, and hereby gives notice that the Appendix to Plaintiff's Response in Opposition to Defendants Motion for Summary Judgment was manually filed with the District Clerk on June 29, 2005. Further, a copy of the Appendix was mailed to counsel for defendants on the same date.

Respectfully Submitted,

/s/ Bryan R. Perkins

Bryan R. Perkins (0061871)
Trial Counsel for Plaintiff
119 E. Court Street
Suite 314
Cincinnati, Ohio 45202
(513) 632-5335
(513) 721-5824 Fax
BPerkins@courtstreeteast.com

.

CERTIFICATE OF SERVICE

I certify that on June 29th, 2005, I electronically filed the foregoing document with the clerk of court using the CM/ECF system which will send notification of such filing to Donald W. White, Esq., 237 Main Street, Batavia, Ohio 45103.

/s/ Bryan R. Perkins

Bryan R. Perkins (0061871)
Attorney at Law