UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. 1:02cv00496-WOB**

**JAMES R. HEARNS, JR.**                                              **PLAINTIFF**

**VS.**                                   <u>**ORDER**</u>

**JEFF WYLER FAIRFIELD, INC., ET AL**                                **DEFENDANTS**


This matter is before the court on the motion of defendants for summary judgment (Doc. #21), and by agreement of counsel in this matter as to the date and place of the oral argument, the court being advised,

**IT IS ORDERED** that oral argument on said motion be, and it is, hereby set on **TUESDAY, SEPTEMBER 13, 2005 at 1:30 p.m.** in Room 505, United States Courthouse, 35 West Fifth Street in Covington, KY.

This 4th day of August, 2005.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge