UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. 1:02CV00496-WOB**

**JAMES R. HEARNS, JR.**  **PLAINTIFF**

**VS.**

**JEFF WYLER FAIRFIELD, INC., ET AL**  **DEFENDANTS**

**ORDER**

Judge William O. Bertelsman having referred this matter to the undersigned for the purpose of conducting a settlement conference and counsel having agreed on a date for the conference, accordingly;

**IT IS ORDERED:**

1. A settlement conference will be held on **NOVEMBER 15, 2005 at 10:00 am.** in **COVINGTON**, Kentucky. The parties are ordered to have their respective client and/or representative, fully authorized to negotiate and approve a settlement in this matter, present in person at such conference. The parties' attention is directed to Lockhart v. Patel, 115 F.R.D. 44(E.D. Ky. 1987);

2. Counsel must submit to chambers on or before **NOVEMBER 10, 2005** a confidential settlement evaluation to include strengths and weaknesses of the case, liability and damage assessment, and a summary of prior settlement negotiations, if any. This document should not be filed with the Clerk of Court, as it is intended solely for the court's use before and during the settlement conference.

This 13th day of September, 2005.



Signed By:
J. Gregory Wehrman
United States Magistrate Judge