UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. 1:02CV00496-WOB**

JAMES R. HEARNS, JR.                                                                                               PLAINTIFF

V.

JEFF WYLER FAIRFIELD, INC., et al.                                                                 DEFENDANTS

## ORDER

A court-convened settlement conference was held on November 15, 2005 with the following appearances: plaintiff, James R. Hearns, Jr. and Bryan R. Perkins, his attorney; Terry Davis for defendants Jeff Wyler Fairfield and Don White, its attorney. Although the parties were unable to resolve their differences during this conference, substantial progress was made, accordingly;

**IT IS ORDERED** that a follow-up telephone conference will be held on **November 22, 2005 at 2:00 p.m.**

This 16th day of November, 2005.



Signed By:
J. Gregory Wehrman
United States Magistrate Judge

| TIC | 3 | 5 |