## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**CIVIL ACTION NO. 1:02CV00496-WOB**

JAMES R. HEARNS, JR.                                                                                  PLAINTIFF

V.

JEFF WYLER FAIRFIELD, INC., et al.                                                            DEFENDANTS

### ORDER

On November 22, 2005 a phone conference was convened with Bryan Perkins for plaintiff Hearns and Don White for defendant Jeff Wyler Fairfield as a follow-up to the November 15 settlement conference. Counsel having advised the Court that the parties are unable to finalize a settlement agreement, accordingly;

**IT IS ORDERED** that this matter stands ready for trial before Judge William O. Bertelsman on **MARCH 20, 2006.**

This 22nd day of November, 2005.



Signed By:
J. Gregory Wehrman
United States Magistrate Judge

| TIC | 15 |
|---|---|