UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES HEARNS, JR., | : | Case No.    1:02cv00496 |
| Plaintiff, | : | (Judge Bertelsman) |
| vs. | : | |
| JEFF WYLER FAIRFIELD, *et. al.*, | : | |
| Defendants. | : | |

# PLAINTIFF JAMES HEARNS EXHIBIT LIST

A. Sept. 30, 1999 letter from Ozzie Davis III to Jeff Wyler

B. Sept. 30, 1999 letter from Hearns' attorney to Jeff Wyler

C. Oct. 18, 1999 letter from Hearns' attorney to Jeff Wyler

D. Oct. 25, 1999 letter from Hearns' attorney to Jeff Wyler

E. Oct. 6, 2001 Disciplinary Report

F. Oct. 11, 2001 letter from Hearns' attorney to Jeff Wyler

G. Oct. 19, 2001 letter from Hearns' attorney to Jeff Wyler

H. Oct. 31, 2001 letter from Hearns' attorney to Jeff Wyler

I. Nov. 8, 2001 letter from Hearns' attorney to Steve Baxla

J. Nov. 19, 2001 letter from Hearns' attorney to Steve Baxla

K.   May 2, 2002, termination letter from Jeff Wyler

L.   Jeff Wyler Policy Handbook

M.   Hearns' Tax Returns

N.   Salesperson Account Statement as of August 31, 2001 for James Hearns

O.   Termination report of Cary Wallach

P.   Medical Records/Reports from Dr. Robert Simms

Q.   Medical Records/Reports from Dr. Marcus Cobb

R.   Medical Records/Reports from Dr. Tracy Parpart

S.   Doctor's excuse

T.   Medical Records/Report of Dr. Deborah Sutherland

U.   Disciplinary reports and termination report of Cary Wallach

V.   Disciplinary reports and termination report of Margaret Ingram

W.   Disciplinary reports and termination report of Duncan Riddle

X.   Letters of commendation and letters of acknowledgment from Wyler regarding Michael Gmoser, Joseph Styles, Norbert & Marilyn Ries

Y.   Employment documents from Wyler regarding Hearns.

Respectfully Submitted,

/s/ Bryan R. Perkins

Bryan R. Perkins (0061871)
Trial Counsel for Plaintiff
119 E. Court Street
Suite 314
Cincinnati, Ohio 45202
(513) 632-5335
(513) 721-5824 Fax
BPerkins@courtstreeteast.com

CERTIFICATE OF SERVICE

    I certify that on January 24th, 2005, I electronically filed the foregoing document with the clerk of court using the CM/ECF system which will send notification of such filing to Donald W. White, Esq., 237 Main Street, Batavia, Ohio 45103.

                                  /s/ Bryan R. Perkins

                                  Bryan R. Perkins (0061871)
                                  Attorney at Law