UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES HEARNS, JR., | : | Case No.     1:02cv00496 |
| | : | |
| Plaintiff, | : | (Judge Bertelsman) |
| | : | |
| vs. | : | |
| | : | |
| JEFF WYLER FAIRFIELD, *et. al.,* | : | |
| | : | |
| Defendants. | : | |
| | : | |

## PLAINTIFF JAMES HEARNS WITNESS LIST

1)     James Hearns

2)     Ramone Humphrey

3)     Marvin Butts

4)     John McGuire

5)     Vincent Palmer

6)     Diane Hyman

7)     Wilbur Hyman

8)     Tony Grove

9)     Paul Conrad

10)     Devern Watford

11)     Robert Simms, MD

23)    Dr. Marcus Cobb

24)    Dr. Tracy Parpart

25)    Dr. Deborah Sutherland

26)    Kayla Ravenscraft

27)    Ozzie Davis III

28)    Theresa George

29)    Barbara Chaney

30)    Carla Combs


Respectfully Submitted,

/s/ Bryan R. Perkins

Bryan R. Perkins (0061871)
Trial Counsel for Plaintiff
119 E. Court Street
Suite 314
Cincinnati, Ohio 45202
(513) 632-5335
(513) 721-5824 Fax
BPerkins@courtstreeteast.com


CERTIFICATE OF SERVICE

I certify that on January 24, 2005, I electronically filed the foregoing document with the

clerk of court using the CM/ECF system which will send notification of such filing to Donald W.

White, Esq., 237 Main Street, Batavia, Ohio 45103.


/s/ Bryan R. Perkins

Bryan R. Perkins (0061871)
Attorney at Law