UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. 1:02cv00496 (WOB)**

**JAMES R. HEARNS, JR.**                                              PLAINTIFF

VS.                             <u>ORDER</u>

**JEFF WYLER FAIRFIELD, INC., ET AL**                      DEFENDANTS


On January 27, 2006, a final pretrial conference was held in this matter.  Plaintiff was represented by Bryan R. Perkins; Defendants were represented by Donald Wright and Elizabeth Mason. Official court reporter Joan Averdick recorded the proceedings.

Having heard the parties and the court being otherwise advised,

**IT IS ORDERED** as follows:

1. That this matter will proceed to **trial by jury on Monday, March 20, 2006 at 9:30 a.m.** as previously scheduled.  The parties have stipulated that the trial will be held at the United States District Courthouse in Cincinnati, Ohio;

2. That the parties shall file any motions in limine on or before **Tuesday, February 27, 2006**; responses thereto shall be due **Monday, March 08, 2006**; and any replies shall be due **March 15, 2006.**

3. That each party is given   **ten (10) hours** in which to present their respective cases, which shall include opening statement, direct examinations and cross-examinations.  The time allowed does not include voir dire or closing argument.

This 31st day of January, 2006.



Signed By:
William O. Bertelsman WOB
United States District Judge

TIC: 28 minutes