UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:02cv00496-WOB

JAMES R. HEARNS, JR.                                          PLAINTIFF

VS.                              ORDER

JEFF WYLER FAIRFIELD, INC., ET AL                            DEFENDANTS

Counsel for the Defendant having advised the court that the within matter has been settled,

**IT IS ORDERED**

1. that the parties shall submit to the undersigned for signature an Agreed Entry of Dismissal on or before **April 17, 2006**, failing which the court will enter its own order dismissing this action as settled.

2. The Plaintiff's Motion in Limine **(Doc. # 42)** be, and it is, hereby **denied** as moot.

This 21st day of March, 2006.



Signed By:
William O. Bertelsman  WOB
United States District Judge