UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES R. HEARNS, JR., | * | CASE NO. 1:02cv496 |
| | | (Judge Bertelesman) |
| Plaintiff, | * | |
| VS. | * | **PARTIES' STIPULATED ENTRY OF DISMISSAL** |
| JEFF WYLER AUTOMOTIVE FAMILY, *et al.*, | * | |
| | * | |
| Defendants. | | |

This matter having been settled and all issues resolved, the parties hereto stipulate that this matter is hereby dismissed with prejudice.

| | |
|---|---|
| s/Bryan R. Perkins | s/Donald W. White |
| | |
| Bryan R. Perkins, Bar No. 0061871 | Donald W. White, Bar No. 0005630 |
| Trial Counsel for Plaintiff | Trial Counsel for Defendants |
| 119 East Court Street | 237 Main Street |
| Suite 114 | Batavia, OH  45103 |
| Cincinnati, OH  45202 | (513) 732-1420 |
| (513) 632-5335 | |