UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. 1:02cv00496-WOB**

**JAMES R. HEARNS, JR.**                                                                 **PLAINTIFF**

**VS.**                                                     **JUDGMENT**

**JEFF WYLER FAIRFIELD, INC., ET AL**                                           **DEFENDANTS**

Pursuant to the Parties' Stipulated Entry of Dismissal, the court being advised,

**IT IS ORDERED AND ADJUDGED** that the within matter be, and it is, hereby **dismissed**, with prejudice, and **stricken** from the docket of this court.

This 29th day of March, 2006.



Signed By:
William O. Bertelsman   WOB
United States District Judge